# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILLIAM MACK EUBANKS                      PETITIONER

v.                  NO. 5:13CV00101 SWW

RAY HOBBS, Director of the                      RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a _de novo_ review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner William Mack Eubanks is dismissed. All requested relief is denied, and judgment will be entered for respondent Ray Hobbs. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is also denied.

IT IS SO ORDERED this 8th day of January, 2014.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE