IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM MACK EUBANKS                                                PETITIONER

v.                           NO. 5:13CV00101 SWW

RAY HOBBS, Director of the                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for respondent Ray Hobbs.

IT IS SO ORDERED this 8th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE